

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550



1997 — 25 YEARS — 2022
ANNIVERSARY

GARY D. NISSENBAUM, ESQ. ○
LAURA J. MAGEDOFF, ESQ. □

STEVEN L. PROCACCINI, ESQ. •
NEELAM SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ◇
ANTHONY C. GUNST IV, ESQ. ∆

AARON J. KESSELMAN, ESQ. ◯
MATTHEWS A. FLOREZ, ESQ. ◊

SENIOR PARALEGALS
  CAROLE ZEMPEL
  RAQUEL DUNN
PARALEGALS
  KAITLYN KETTERMAN
  MARDELIS CAMPOS
  AMANDA MILLER
  THOMAS PHAN
  NIKKI M. SCHULDT

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

○  *Admitted in NJ, NY, PA, TX & DC*
□  *Admitted in NJ, NY, PA & TX*
•  *Admitted in NJ, NY & PA*
◇  *Admitted in NJ, NY & TX*
◯  *Admitted in NJ, FL & CO*
∆  *Admitted in NJ & NY*
◊  *Admitted in NJ*

MEETINGS BY APPOINTMENT ONLY

July 8, 2022

*[Handwritten note: The conference is adjourned sine die. The plaintiff shall file its motion for entry of a default by 7/22/22. /s/ Denise Cote 7/11/22]*

**VIA NYSCEF**
Hon. Denise Cote, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   **Scott Cawthon v. Pan Nuan Nuan**
           **Case No. 1:22-cv-03019-DLC**

Dear Judge Cote:

    Our office represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. In accordance with Local Civil Rules 7.1(d) and 5.2(b) as well as Your Honor's individual Practices in Civil Cases at Paragraph 1(E), we hereby submit a request for an adjournment of the initial pre-trial conference, which is currently scheduled for July 14, 2022 at 3:00 pm for the following reasons:

1. On or about April 12, 2022, we caused to be served on the defendant, via electronic mail, which defendant consented to as a means of service of process, file stamped copies of the following:

(a) the complaint with exhibits, (b) the Civil Cover Sheet, (c) the AO form 121 and (d) the request for the Civil Action Summons.

2. On or about April 13, 2022, the Court executed the summons.

3. On or about July 8, 2022, we caused to be served on the defendant the executed summons via electronic mail.

4. Accordingly, plaintiff intends to file the request for default and proof of service in accordance with the rules.

5. This is the first request for an adjournment in this matter.

6. Additionally, due to the default status of the matter, we have not received consent from the defendant to adjourn the hearing nor are we aware of the defendant's availability for rescheduling the hearing, if necessary.

Therefore, it is respectfully submitted that the pre-trial conference should be adjourned indefinitely at this time unless and until the defendant answers the complaint or otherwise appears in this matter. Alternatively, counsel for plaintiff is available on the following dates: August 5, 2022; August 12, 2022 and August 19, 2022. If the Court requires additional availability from counsel, we would be happy to provide the same.

We thank the Court for its time and attention to this matter.

Respectfully,

NISSENBAUM LAW GROUP, LLC

BY: */s/ Steven L. Procaccini, Esq.*
     Steven L. Procaccini, Esq.