```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SCOTT CAWTHON,                            :
                                          :
                    Plaintiff,            :     22cv3019(DLC)
            -v-                           :
                                          :     ORDER
PAN NUAN NUAN,                            :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff filed this copyright action on April 12, 2022. On July 8, the plaintiff submitted a letter motion requesting an adjournment of the initial pretrial conference, because the defendant had yet to appear. The plaintiff states that he served the defendant on April 12. The July 8 letter motion was granted on July 11.

On July 22, the plaintiff filed a motion for entry of default. As described in this Court's default judgment procedure, a plaintiff seeking default judgment must first obtain a certificate of default from the Clerk of Court, and then file a motion for default judgment. A certificate of default may be obtained by filing a proposed certificate of default on ECF. Accordingly, it is hereby

ORDERED that the plaintiff shall file a proposed certificate of default no later than **August 19, 2022.**

IT IS FURTHER ORDERED that the plaintiff shall file a motion for default judgment no later than **September 2, 2022**.

SO ORDERED:

Dated:   New York, New York
         August 12, 2022

                                          _____
                                          DENISE COTE
                                          United States District Judge