```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SCOTT CAWTHON,                        :
                                      :
                       Plaintiff,     :     22cv3019(DLC)
              -v-                     :
                                      :        ORDER
PAN NUAN NUAN,                        :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On August 19, 2022, the plaintiff requested a certificate of default. The certificate was denied, because the plaintiff had served the defendant only through email, and had not requested permission for alternative service. The plaintiff moved for default judgment on September 6. To obtain default judgment against a defendant, however, a plaintiff must first obtain an entry of default against that defendant. See City of New York v. Mickalis Pawn Shop, LLC, 645 F.3d 114, 128 (2d Cir. 2011); Fed. R. Civ. P. 55(a)-(b). Accordingly, it is hereby

ORDERED that the September 6 motion for default judgment is denied without prejudice to renewal once the defendant's default has been entered.

IT IS FURTHER ORDERED that the plaintiff shall file any request for permission for alternative service of process no

later than **October 14, 2022**.

SO ORDERED:

Dated:   New York, New York
         September 22, 2022

_____
DENISE COTE
United States District Judge