```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SCOTT CAWTHON,                        :
                                      :
                    Plaintiff,        :    22cv3019(DLC)
          -v-                         :
                                      :        ORDER
PAN NUAN NUAN,                        :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on February 20, 2023, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **March 1, 2023** by email.

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **March 24, 2023** at **3:00 pm**. Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

          Dial-in:        888-363-4749
          Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         February 22, 2023

                                            DENISE COTE
                                     United States District Judge