UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SCOTT CAWTHON,                        :
                                      :
                      Plaintiff,      :     22cv3019(DLC)
         -v-                          :
                                      :     INJUNCTION
PAN NUAN NUAN,                        :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On April 12, 2022, the plaintiff filed this copyright infringement action against the defendant, alleging that the defendant unlawfully sold t-shirts on Amazon infringing on the plaintiff's intellectual property rights in the Fight Nights at Freddy's video game and book series.[1] Plaintiff's many registered copyrights include the following: VAu001261779 – Freddy Fazbear (Artwork 1), VAu001261786 – Bonnie the Rabbit (Artwork 1), VAu001261788 – Foxy the Pirate (Artwork 1), VAu001261790 – Chica the Chicken (Artwork 1), VAu001261794 – Mangle (Artwork 1).

On February 20, 2023, the plaintiff moved for default judgment against the defendant, seeking statutory damages and injunctive relief. A separate Memorandum Opinion and Order of

---

[1] The infringing product is sold under defendant's Amazon listing titled "Five Nights at Freddy Boys Girls 3D Printed Short Sleeve T-Shirt Kids Tee Shirt XSmall Black."

April 3, 2023, grants the plaintiff's request for statutory damages. For the reasons stated in that Opinion, and those stated on the record at the default judgment hearing held on March 24, 2023, it is hereby

ORDERED that that defendant and his officers, agents, servants, employees, owners and representatives shall:

- Remove the infringing product and any and all other products infringing upon plaintiff's intellectual property from any and all websites or other points of sale;
- Immediately cease any and all infringement of plaintiff's intellectual property; and
- Destroy infringing articles in the possession of the defendant.

SO ORDERED:

Dated:   New York, New York
         April 3, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge

2