UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCOTT CAWTHON,

                Plaintiff,

    -against-                                    22 **CIVIL** 3019 (DLC)

                                                        **DEFAULT JUDGMENT**

PAN NUAN NUAN,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated April 3, 2023, Plaintiff's February 20, 2023 motion for default judgment against defendant is granted.  Plaintiff is awarded statutory damages in the amount of $150,000.00 with post-judgment interest accruing pursuant to 28 U.S.C. § 1961.  A separate order granted the plaintiff's request for injunctive relief; accordingly, the case is closed.

**Dated:**  New York, New York

      April 4, 2023

                                                        **RUBY J. KRAJICK**

                                                          _____
                                                            **Clerk of Court**

                                     **BY:**    *K. Mango*

                                                          _____
                                                             **Deputy Clerk**